# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

CHARLES JOSEPH REEVIS, also known as
Christ,

_____
*Plaintiff*

v.

U.S DEPARTMENT OF JUSTICE FBI MISCONDUCT
DIVISION, SPOKANE COUNTY SUPERIOR COURT
and STATE OF WASHINGTON DEPARTMENT OF
SOCIAL AND HEALTH BEHAVIORAL HEALTH, et al
_____
*Defendant*

)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2021

SEAN F. McAVOY, CLERK

Civil Action No.   2:21-CV-00047-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   This action is DISMISSED with prejudice as frivolous, malicious, and for failure to state a claim upon which relief may
be granted under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Rosanna Malouf Peterson _____ .

Date:   6/30/2021 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen